IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KRISTINA M. CRIPPS AND
DYLAN DAVID-LEE CRIPPS,

        Plaintiffs,

v.

AARON SCHUTT, et al.,

        Defendants.

Case No. 25-CV-00347-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of March 20, 2025 (Doc. 10), this matter is **DISMISSED with prejudice**.

**DATED: March 20, 2025**

                                  MONICA A. STUMP,
                                  **Clerk of Court**

                                **By:** *s/ Jackie Muckensturm*
                                     **Deputy Clerk**

**APPROVED:** *s/ Stephen P. Mc*Glynn
                  **STEPHEN P. MCGLYNN**
                  **U.S. District Judge**